# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| TODD BALLARD, | : | No. 71 WM 2016 |
| Petitioner | : | |
| v. | : | |
| LAWRENCE MAHALLY (SUPERINTENDENT); JOHN DOE(S)/JANE DOE(S) (PENNSYLVANIA DEPT. OF CORR. EMPLOYEES); ET AL., | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Motion for Transfer are **DENIED**.